FILED

Oct 06 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ROBERT R. POWELL, SBN 159747
POWELL & ASSOCIATES
925 W. Hedding Street
San Jose, CA 95126
T: (408) 553-0201 F: (408) 553-0203

Attorney for Plaintiff

NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
YUE-HAN CHOW, Senior Deputy City Attorney (268266)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA SANTA CRUZ, et al.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | No. 20-cv-00351-NC<br><br>**STIPULATION AND ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41** |

 **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice in its entirety as to all claims pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side shall bear their own attorney's fees and costs.

 I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature /S/ within this e-filed document.

|   |   |
|---|---|
|   | POWELL & ASSOCIATES |
| Dated:  October 5, 2021 | By:     /S/ Robert R. Powell<br>ROBERT R. POWELL<br>Attorney for Plaintiff |
|   |   |
|   | NORA FRIMANN<br>City Attorney |
| Dated:  October 5, 2021 | By:    /S/ Yue-Han Chow<br>YUE-HAN CHOW<br>Senior Deputy City Attorney<br>Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED.**

Dated:    October 6, 2021

_____
HON. 
United S

GRANTED
Judge Nathanael M. Cousins

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

2